Argued and submitted August 25, reversed and remanded for new trial October 8, 1986

STATE OF OREGON,
*Respondent,*

*v.*

LAWRENCE BRADLEY MILLIGAN,
*Appellant.*

(CR 83-475; CA A36635)

725 P2d 1299 )

John Henry Hingson, III, Oregon City, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

Van Hoomissen, J., dissenting.

**VAN HOOMISSEN, J.,** dissenting.

I respectfully dissent for the reasons stated in my dissenting opinion in *State v. Westlund,* 75 Or App 43, 53, 705 P2d 208, *rev allowed* 300 Or 332 (1985). Further, in my opinion, *State v. Langevin,* 78 Or App 311, 715 P2d 1355 (1986), is an unwarranted extension of *Westlund.*